<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7225**
_____

PATRICK L. BAUCUM,

               Petitioner - Appellant,

      v.

WARDEN KUMA J. DEBOO,

               Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, Chief District Judge.  (2:12-cv-00004-JPB-DJJ)

_____

Submitted:  November 20, 2012      Decided:  November 27, 2012

_____

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick L. Baucum, Appellant Pro Se.  Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick L. Baucum, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  See Baucum v. DeBoo, No. 2:12-cv-00004-JPB-DJJ (N.D.W. Va. July 9, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED